The Honorable the judges of the United States Court of Appeals for the Fourth Circuit. Oh yeah oh yeah oh yeah all persons having any manner or form of business before the Honorable the United States Court of Appeals for the Fourth Circuit are admonished to draw nine give their attention for the court is now sitting. God save the United States and this Honorable Court. Let's be seated. Good morning welcome to the Court of Appeals. We're prepared to hear four cases today. We're Thank you Judge Wynn. May it please the court Eric Brignac from Martrey Newby. This case involves the intersection of two legal doctrines. The quote unusual sentencing appeal nature of Rogers and Singletary error and Manrique's judgment focus rule regarding when to file a notice of appeal from an amended judgment. I think unlike or more so than almost any other appeal I've been involved with the briefing in this case was somewhat like two ships passing in the night and I think the reason for that. Two little ships passing in the night having just re-read the boat. Two tiny little tugboats your honor because this case and we were talking before the argument I think there's some some deep issues underlying this case but but not necessarily much to talk about in terms of writing a brief ten times longer than it needed to be. In the fundamental difference here is I think the government categorizes this as an appeal a substantive appeal of the sentence. It is not as Rogers and Singletary make clear a substantive appeal of the sentence. It is an appeal of the amended written judgment a joint appendix 155 and and we can appeal that as Manrique makes clear in fact we must appeal that within 14 days of that being entered which we did. I think it's not so much a law review matter here in Cutler to change some of this to where it appears to me where your difference may lie. I let's assume rule 36 won't get you the way you want to go and that if you get there it's going to be on the Rogers error and the question then becomes Rogers error one in which we can make this correction. Ultimately as I see it we're talking about probation conditions. Is that right? Supervised release your honor. Yes. Supervised release conditions. And where's your client now? My client is in the Bureau of Prisons release date about five years almost five years to the day August 2028 is his release date. Yes sir. And the question is whether the Rogers error is something we can look at. Is that the square of the issue here? If we don't get into 36 I think we can decide 36 on the briefs but we can hear a little bit from a colleague won't too but what tell us about the Rogers error and why you think that is something we ought to review. Okay well I I think in terms of Rogers error this is square Rogers error. This is conditions the two conditions we talked about in our brief the need to get permission to get a line of credit and to give the financial information to the probation office. Those conditions are not part of his sentence. Those are actually the exact conditions that were at issue in Singletary. It came from my district that they're no longer in the written judgments in the Eastern District of North Carolina but because this is a 404 case it was a bit older. So that was but that was the case when the original judgment was entered and so it seemed and and there was an amended judgment based on the first step back where the sentence term was changed and there was a clerical error that was changed as part of the amended judgment and other parts of the original judgment were still in there. So isn't the question whether if you have if if there's an amended judgment whether parts of the original judgment that were not amended yet remain in the amended judgment do you get are they right for appeal if they're in the amended judgment even if they were there all along? Yeah that that is that it I mean yeah that is another I think Judge Wynn you got that your question is at the heart of this case so is yours Judge 36? I think the reason we allege only Rogers error and the reason we get to the reason we're allowed to raise Rogers error is because and it's a joint appendix 155 and you were correct Judge Quattlebaum if you look at the two reasons that the district court issued the amended judgment there are two checkboxes rule 36 and section 404 of the First Step Act you are also very correct Judge Quattlebaum and I think it's right at the end of the district court's order where the district court is clear and we're not saying the district court didn't say this I want to make sure I'm getting exactly right pardon my flipping um joint appendix 171 except as expressly modified herein the that's exactly so if I can I ask you about tell me what is wrong about this because I think the Rogers and the follow-on cases strike me as really weird in the following sense so Rogers and particularly the cases that come after Rogers say I know the first written judgment I'll just call it the first written judgment says these three conditions but according to Singletary no it does not in fact say that right that those are legal nullities when it says that those are so it doesn't just say that there was an error in the judgment the theory of Singletary is those literally aren't part of the judgment right they are is that your interpretation I may correct your honor I think Singletary says those aren't Rogers and Singletary those aren't part of the sentence they're not part of the sentence right they're not part of the defendant sense and he was it's not that he was sentenced to blank and he's now trying to check because that's the whole theory of getting around the appeal waiver in Singletary he wasn't sentenced to those things there was no sentence and so when the written judgment purports to impose that sentence it's a legal nullity okay so arguably it strikes me there is I mean there's a there's a Rogers error he your client could have raised a direct appeal he didn't and the response that Rogers wasn't decided as well it also hadn't been decided at the time of Rogers case either so he could have raised it so but so but okay but if you follow that theory through as in that he's not sentenced to those conditions when in the modified judgment the district court purported to impose those conditions it seems to me that under the logic of Rogers and Singletary they are actually being imposed for the first time the conditions that were previously not part of his sentence are now becoming part of his sentence for the first time do you agree with that I would agree with that but I think judge quaddle bombs point and please I meant that is a friendly question I think I agree that the logic of it just follows if it didn't exist in the first one when you put it in the second time has to be the first time around has to be the first time it doesn't I'm just I'm a I just want to make sure I get to what I think could be classified as some version of collateral estoppel reached you to cut a mandate rule I mean I think that was what your 2008 so you know are we barred by some law of the case mandate rule and we are not and the for several reasons the first being the mandate rule is triggered by a remand from a higher court we did not have a remand here your honors we had the district court independently issue an amended judgment under section 404 and section 36 that that resets that clock secondly as judge very clearly pointed out we are not appealing the sentence if there were some aspect of that sentence that we were appealing that we didn't raise in the first appeal then I think you would start to get to issues of law of the case mandate rule etc but as judge heightens pointed out or is this court pointed out and binding cases Rogers and Singletary the these this is not part of his sentence there isn't and that's I grew just heightens there that those cases are weird I mean we say they're nullities and they're not there that would support if that carrying that logic through we would just blue pencil them out but we don't do that we say they're nullities on the one hand and send it back for full resentencing on the other so those things don't really seem to make sense to me I mean I I get the point they were they weren't there originally and they weren't there now when they're just magically appearing I mean we're doing some weird stuff when they when things come out in these sentences in my view but is it the point that I mean let's let's assume and which is probably acknowledged that there's a Rogers error I mean you still have to not some roving unique you know unicorn type doctrine that we can just talk about wherever whenever we want unless we deem it a clerical error and there has to be you know a time where it comes up and maybe judge heightens approach to you know his question you know allows us to do it just based on the nullity sort of logic and I think your honor first you're right I mean the Rogers Singletary error is for lack of a better word strange but I would note that this was not a passing reference in Singletary in fact we is the defense in that case that suggested your honors blue pencil approach and the court addressed that directly so that this that is a definite non-dicta non-passing reference holding because of the integrated nature of the term of and I think the mechanism your honor is the same as it was there we are on a direct appeal under I think you know I was thinking last night why exactly are we here because we're not appealing the sentence so we're here under 28 USC 12 91 we are appealing under direct appeal federal rule of appellate procedure for a judgment of the district court can I ask you about the now you good can I ask you about the forfeiture problem that I do think is hard which is not about the previous appeal but it's about the district court on the resentencing proceeding so I think the previous appeal is covered by Rogers he didn't know the whole idea is you don't even know there's a Rogers there until the district court enters a written judgment that has something in it that wasn't orally pronounced how can you raise that in the district court you didn't know what's gonna happen okay that's fine so I'm not worried about the appeal I'm not worried about forfeiture on the previous appeal I'm worried about why it is that your client when seeking resentencing didn't ask the district court hey while you're going in there under the first step act and modifying the original judgment you need to strike these three conditions of supervised release that are inconsistent with the rule that they weren't contained in your original oral sentence and why isn't the fact that your client didn't ask the district court to do that forfeiture um to read two reasons your honor to explanations um we objected joint appendix 204 when the probation office noticed the the rule 36 error the count six being misclassified we actually objected to changing the judgment on those grounds and the district court did not enter an amended judgment until it issued its order at the same time on December 28th 2020 that's the one at joint appendix 155 so we it's not like the court said I am amending a judgment you know come forth and tell me what I in the context of a first step factory sentencing hearing there seems to be no barrier that would have prevented your client from saying hey while you reduce my sentence which I would like you to do I would also like you to strike these invalid provisions of supervised release and I think at the time your honor and we are now post-worsening we are post-conceptual we're after a lot of cases that have finally after years clarified the scope of what a district court must do is forbidden from doing and may do in a section 404 proceeding at the time that law was still somewhat unsettled we require people to raise objections all the time when the laws and settled right and so then your honor I think we get right to the core of it which is that how could he object to something he a section 404 is under 3582 that that is the mechanism which deals your honors with sentences sentencing's there is no problem with his sentence the first step act which applies only to sentences allows us to amend his sentence this is a problem with the judgment the judgment that was issued in December 28 2020 and we appealed it within 14 days so I think if we had tried to do that your honor the answer would have been of all the things section 404 lets you do this is one of the ones that doesn't it lets you affect your sentence it doesn't let you amend the judgment that would have been the answer then or that would be the answer now I think it's the answer then and now I think because then that's a problem because like can I go back to the hypo that Judge Quattlebaum gave you do you agree let's just let's assume there was no first step act resentencing let's assume there was no rule 36 correction let's just say you filed like a freestanding motion with this court saying motion to fix the judgment we would dismiss that right there is whether or not it's void evidential you can't just file a freestanding motion to fix an error that I've now discovered I agree okay so you need some procedural mechanism that lets you do it right yes and the procedural mechanism is because so although the first step act only authorized the district court to modify the sentence here it resulted in a modified judgment and that modified judgment is why you think you can do this where I think in the Supreme Court in Manrique thinks I can do this an amended judgment your honors and this is what Manrique clarifies is not just a piece of paper it is a piece of paper under rule four of the rules of appellate procedure that carries great legal significance so that's it your honor the district court issued a very legally significant document under rule four we appealed it within 14 days but if that's right that means anytime there's amended judgment that carries forth term that was objectionable at the original time and it's not amended as part of the amended that that springs to life a new opportunity appeal it is that's the logical extension of your back position correct judge win may I answer the question thank you um it does not your honor because I think this case is such a unicorn in terms of it not being a an appeal of the sentence and under if this had been just a rule 36 amended judgment we would not in the government sites about a million cases saying this and we don't disagree with them we would not be able to use that to get into the substance of the sentence if I were here arguing that those conditions were say substantively unreasonable that he should be allowed to have a line of credit because none of his crimes involve financial impropriety I wouldn't be allowed to do that because rule 36 it's very clear that it's a clerical change the only reason I'm up here is because it's this very weird intersection of section 404 which is pretty much gone away at this point rule 36 which only happened here because of this clerical error which errors of that nature don't happen a lot and the um Enrique amended judgment rule and the fact that Rogers singletary error is as this quote set is as court said quote an unusual sentencing appeal the floodgates are not going to open judge quaddle bomb if I were here attacking the term of imprisonment the terms of supervised release a fine a forfeiture restitution any of that you guys would say no you can't do that I'm you got thank you thank you your honor please the court Kevin Barber for the United States it may be helpful for me to begin with just a quick thought experiment for the court suppose that at the same time that mr. Newby was sentenced back in 2008 you had another defendant who was sentenced he had the same alleged Rogers error at his several such defendants but that defendant unlike mr. Newby had a clean judgment no typos no clerical errors on it and that defendant was not eligible for first step act relief the implications of my friend's position is that that defendant would be completely out of luck on the Rogers claim having exhausted his appeal and his 2255 and so forth but my friend's position is that mr. Newby is entitled to raise this claim simply because there was a there's this unrelated first step back sentencing reduction proceeding I don't think that that can be correct I think that would be highly anomalous I mean except when you were saying that it sounded to me exactly like the government's argument in Concepcion which is like imagine two defendants both of whom are convicted of a horrible crime and are sentenced to life imprisonment both of whom spend the next 20 years being really model prisoners and getting their life together one of them is eligible for relief under the first step act one of them is not and under the holding Concepcion the one who's eligible for his first step of a relief is gonna get that taken into account and he gets a lower sentence and the government says that doesn't make any sense the Supreme Court says yeah the first step back man what a what a big statute that is I mean so I'm just not sure how that's any different than the government's argument that lost in Concepcion sure did hence I appreciate that but I think that the anomaly there is a result of a policy choice that Congress made in confining the first step back to particular covered offenses if at the time of the first step motion mr. Newby had raised this issue as part of the first step back judgments that would be at least now okay correct I actually tend to agree with my friend that he couldn't raise this in the first step back to proceeding because the reason I say that is that the law is quite clear 18 USC 35 82 and 83 in limiting district courts discretion to supervise release after they've been imposed and so you would need to find an express source of authority to do that outside of those provisions I don't think that the first step back provides that I don't think so and I haven't been able to find any case indicating that a sentencing reduction proceeding which is not a plenary resentencing as this court has made clear what about the argument that you know that this is effectively a clerical error I mean it I mean you you heard my concern about we don't the remedy doesn't feel like a clerical error and and I get that point but you know parts of our law says look there's just you did it's just simply not part of the sentence and it appears and it's a nullity you know why and just uh you know a mistake in adding something that's not part of the sentence clerical well certainly I would say you know there is a possibility I think it may be somewhat remote given the way that this court has dealt with Rogers errors but there's a possibility that the inclusion of these conditions were a clerical error and I would invite my friend to file a motion under rule 36 asking the district court here whether the inclusion of these conditions was a clerical error but he hasn't done that and I don't think that the appeal of an amended judgment that has been corrected in an unrelated way under rule 36 can be used to raise this Rogers claim in the first instance so your friend started out by pointing out that the briefs of this case are sort of like ships passing in the night and I want to read a couple sentences from the government's brief that I think illustrate this and candidly that strike me as just flat-out wrong so page 8 newbies request to be relieved of certain conditions of a supervised release is a request for a substantive this is the word that I think is just wrong change to his sentence and then on page 13 that's 12 you say again because that would entail a substantive change to his sentence that's just fighting singletary it's not a change to his sentence under singletary his sentence does not include these supervised release conditions or his original sentence did not right well I think I think your honor first of all singletary involved in interpretation of the of the plea agreement so I think that's a slightly different question from whether but singletary's whole way of get so the plea agreement said he can't appeal his sentence and we said a Rogers error is not part of his sentence because under the reasoning of Rogers those erroneously included supervised release conditions are not part of his sentence they never happened as a matter of law so he's not changing anything right I would disagree with that your honor I mean if this weren't a sentencing appeal I don't think my friend would have cited the as as a jurisdictional source for this court in this appeal he wouldn't have cited 18 USC 3742 which authorizes sentencing appeals I would be very wary if I were the court of it so he's appealing the sentence the district court just imposed upon him the district court issued a sentence appeal I just don't think it's I personally don't think it's that profitable to dwell too much on like whether mr. newbie is appealing his sentence and some sort of metaphysical sounds to me he could I agree he's appeal I agree he's clearly appealing his sentence now but when the government says that what he would that the failure to strike these conditions from the written judgment is in a request to modify his substance I think the government is just simply fighting what we said very clearly in singletary you may be right but I don't think that would change well let me ask you what so under the super under the first step back does the district court have any legal authority to increase a defendant's sentence or make it more harsh I my understanding is no but okay I'm not a first step back next so if you buy my if you buy my idea that the rod because of Rogers those three supervised release conditions were never part of his original sentence that when the district court purported to add them to the amended sentence it increased his sentence by adding new supervised release conditions which the first step back does not allow a district court to do what's wrong with that I I don't think that argument makes sense because the judgment here as I think judge quattle bomb was noting simply carried over these conditions from the original judgment it's not like the original they're still legal melodies I mean I think they're either carried over and then they're legal melodies or the district court imposed new ones which it's not authorized to do under the first step back there's times I just think that it would be dangerous to say that this melody idea enables any such claim that can be dressed up as a melody to be brought at any time I mean you could describe any term of imprisonment that was imposed in a procedurally unreasonable way as a melody because it was imposed unlawfully does that mean that any defendant at any time can file a random motion as as your honor was suggesting I mean we have all kinds of cases enforcing appeal waivers that's I mean we actually have another case today that sort of involves this like we have all kinds of cases that say just because the argument is the district court found the facts wrong or the district court made a legal error or the district court miscalculated something none of that renders your sentence a legal melody I mean those are the cases Singletary had to distinguish the ones where we enforce appeal waivers literally all the time but Singletary again rightly or wrongly just said Rogers errors are fundamentally different I think I think the key here is that it's a fundamental premise of our justice system that even an erroneous judgment is binding until it is vacated or withdrawn or overruled through the and the government's position here is that neither rule 36 nor the First Step Act which are the only possible sources of authority for mr. newbie to bring this claim here provide that kind of authority and if the government yes judgment make sure you answer the judge's question but also accepting the first part of that premise and that is that initially when that sentence was opposed because those conditions not conditions that should have been there they really weren't part of the initial sentence so when you proceed to the bending it as the increased sentence he's talking about is that initial sentence didn't have it if you put it in this second one and you said you can't increase on a forfeiture one you walked into that one and if you can't increase it you can't put those conditions in there it does that not follow but you gotta first start with that initial premise do you agree in cases there that those initial conditions were not part of the first sentence I don't your honor because I think it's important to read Singletary as confined to the interpretation of the plea waiver I think that there are potentially very for all purposes I mean I could apply again as I was saying to other any other aspects of the sentence and to say that that kind of dynamic sort of suspends all the normal rules of procedure would be a very troubling development in the government's I'll just preview what I think is the hardest argument the other side which is if that's true then the defendant could violate a condition of his written judgment be held up on a violation for violating it and then defend in the repugnation proceeding on the grounds oh it turns out I mean I totally did it I 100% violated that condition of my written judgment but that conditions a legal nullity so you can't revoke based on it right and I think that that would make a mockery of the rules and of the mechanisms that Congress has provided so one option that mr. newbie will also have in addition to the option that I alluded to earlier of potentially fine filing a rule 36 motion of his own now would be to move for modification of these conditions of supervised release when the proper time comes so this is not necessarily the end of the story for mr. newbie on these two conditions of supervised release if the court agrees with the government that you think about conditions of supervised release this is one that has a legal basis for not being a proper one doesn't perform what you actually said but you can think of some that probably even though if they weren't challenged and put as a condition of supervised release that steel you couldn't enforce them I mean it could be part of it is you are to swim across Lake Michigan back and forth twice a day yeah and you would know that's an impossibility you can't do it with it I know that takes it to the absurd end of it but you know we're talking conditions here on it I'm just wondering when we see a case like this sometimes because of what needs to be done and the way in which the law can be written you can advance the law in a way that you probably didn't intend to do it I'm wondering if there is some middle ground that can be reached here that this breed is an error here of some sort but how do you fix it or do you fix it is the question yes your honor so I definitely appreciate the point and if a Rogers error did occur here as it appears to be the case then that would be troubling but I think that the government has offered some middle ground here which is the possibility of a rule 36 motion to ask the district court did you really intend to impose these conditions or were they a clerical error that can be corrected under that rule or that doesn't really okay but that doesn't really work for me because under Rogers I don't care what the district court meant to do whether the district court meant to do it or not if you don't say it in open court as part of its sentence it doesn't happen I mean this is again a weird nature of the Rogers error normally we're trying to figure out what the district court meant to do Roger says I don't care what I mean I'm gonna posit that in most instances what happens in a Rogers error is the district court literally just forgets and that they meant to say the thing that they didn't say but they didn't say it and we say I don't care what you meant to do one of the problems here judge Hayden's is that so much time has passed and it's kind of hard to tell whether a Rogers error actually happened so in Rogers the court said that supervisor lease can be incorporated by reference here the district court did refer to standard conditions and at least in 2020 the Eastern District of North Carolina where this case is coming from had a standing order that included these two financial conditions so it's possible we haven't been able to substantiate whether there was such a standing order back in 2008 because it was so long ago but that's part of the problem with raising this claim you know 15 years later rather than on direct appeal as in Rogers and Singletary and all those other cases mr. new mr. newbie is raising it in this very unusual way that makes it much harder for us to figure out what happened the virtue of rule 36 is that you can file under the text of that rule you can file that motion at any time the error can be corrected at any time right and we're bound and we got Rogers and Singletary and and frankly I can't understand look I was on Rogers yeah maybe a little more time and thought I can't figure out why this error which I can see you know for sure is an error you're supposed to be there you know under rule 43 why we make this such a weird remedy I mean all the time there's all sorts of procedural remedies this is the procedural remedy it's a procedural violation and we deal with them by sending them back to deal with the particular procedural problem not some full re-sentencing not some nullity you know we just go back and say deal with the procedural problem it have a remedy that doesn't fit the procedural issue now we're bound by our law and that may that may that's that's that may be for another day but it seems like the the language requires us here to either use that nullity language like judge Heighton's talking about and saying look at one there before what it shows up again it's you know fresh because it was yeah is this kind of thing that just shows up over and over and we get to raise it whenever but that that's the only way I can see that we're not making you know terms that were in the original judgment you know come to life and have a right appeal opportunity anytime there's amended judgment yes there's quite a while I'm you're preaching to the choir I think it's important to note that in Rogers Singletary all those other cases those were being dealt with in the normal appellate process the court I think rather justifiably excused the defendants from not having to have raised it in the district court because the judgment comes out after the hearing but it was the normal appellate process and all within the time of the first time those conditions appear exactly right and I think one of the other problems that mr. newbie has here is if it's really correct that he had the opportunity either you know in some way in the proceedings below to revive this Rogers claim and to bring it for the first time so many years later then that would run into forfeiture problems as judge Heiden's was getting to and the government's position there would be that even though mr. newbie could probably show a plain error under Rogers subject to the uncertainty that I have about what might have been going on in 2008 he couldn't satisfy the prejudice prong of plain error review because in that the Rogers error that doesn't Singletary take care of that I think I thought Singletary says Rogers errors per se prejudicial well I don't I don't see how that could be true and the defendant doesn't make any effort to say that he would have objected to the conditions the district court would have had any chance as confused as you but I thought I read Singletary this morning I think Singletary says Rogers errors are per se prejudicial fair enough but even at the even at the fourth prong of plainer review I'm not sure that mr. newbie would succeed I think that if this court were to say that in this extremely unusual as my friend said unicorn procedural posture a defendant cannot revive a Rogers claim so many years later unlike that hypothetical other defendant that I began my presentation by talking about I don't think that that would call the you know justice and fairness of judicial proceedings into question in fact I think accepting the government's position here would show more respect for the acts of Congress and the rules of procedure that govern that should govern this case if the court has no further questions I'm happy to leave it there all right mr. Brignac thank you thank you for your thank you can I ask you to start with the hypo I had with the government why doesn't the logic of your position suggest that a defendant can violate a condition and then defend on the grounds that it was invalid well United States versus McLeod your honor from this court 972 f3rd 637 that says and in that it's slightly different than Rogers Singletary but there was a condition in of supervised release that the defendant did not appeal when it was imposed then he gets out oh no you don't have to convince me that that's the general rule I know that's the general rule I hear but if we're gonna argue that Rogers is but they're also the general rule is that I mean for all the rate the general rule would be that you can't do this in this proceeding and so I've been positing a sort of way that we might be able to allow you to do in this errors I guess what I don't understand is why that logic doesn't potentially lead to the inclusion that also in the nature of a Rogers error that Rogers would create some sort of roving exception to the principle you can't collaterally attack a condition in your revocation proceeding well and in the reason is because it's not a condition if it's announced at your sentencing if you're present and the judge explains it to you then it's a condition and you can't collaterally attack it in the revocation proceeding um here the whole theory of Rogers and Singletary okay let me let a condition right which suggests that you could collaterally attack it so let's just say the district court forgets forgets at the sentence here to orally announce the defendant shall not use drugs while unsupervised release and then then like eight years later he fails a drug test and he 100% fails a drug test he has no argument that he didn't fail a drug test and he says you can't revoke my supervised release because the district court eight years ago did not orally announce the no use drugs condition at my oral sentencing therefore it's not part of my sentence therefore you can't revoke I know this is literally the first time I've ever mentioned that only after I got caught violating it but you can't revoke based on that is the logic of your position that you could do that I don't know I think that is an open question under if you violate it can if you violate a condition that is written in your judgment and I want to make sure this is your honor's question yep that is not part of your sentence yeah could you attack I really don't know I think as the defense lawyer I would certainly make that argument I would expect it was a nullity it was always a nullity um but I do think the government would respond with McLeod and with the general idea of you forfeited that I want to speaking since we're plain error came up I want to say you know we as soon as the judges amended judgment came out we appealed that and I think judge went and judge heightens your theory that these were always null conditions so their inclusion in the judgment you know we can win on those grounds I'm happy to win on those grounds but maybe a difference would have been if say if she had conducted a hearing for the first step act and said you know you have your conditions I'm probably gonna reduce your sentence by the way you did have an issue you were accused of gambling in prison so I'm gonna add a don't go to a casino condition to your supervised release because I think you might have a gambling problem if she had orally announced that and then we hadn't objected at the time and then filed a notice of appeal objecting to the inclusion of that condition either on the she can't make things worse under 404 or that condition was not suited etc theory then I think we would be on plain error we're not on plain error here because just like in Rogers and Singletary those appeared in the judgment judge Padel bomb I guess one one good thing to say is that you know obviously you have issues with the Singletary remedy um you know Rogers and Singletary cases are definitely drying up district courts have read this court's opinions there are standing orders there's incorporation we're here in part because this was a 2008 judgment before this was an issue so even if it's a remedy that doesn't quite sit well when you're lying in bed at night and thinking like why did we ever do that um it probably won't keep coming up much in the future and I hope I'm doing thinking of other things when I'm like this yeah like this might come up and I guess I'll just I'll finish you know I think the government started by saying you know he is here you know simply because there was an amended judgment and that would be unfair to someone else here your honor pointed out that was effectively the conception argument that the Supreme Court rejected and I would just say the issuance of a binding criminal judgment on someone is never a simply because moment it is a very legally significant moment and as the Supreme Court pointed out in Enrique that is more than just a piece of paper that is a judgment and that is what the rules and the statutes focus on so for those reasons your honor I think there's Rogers Singletary error here we would ask you to apply the Rogers Singletary remedy of full resentencing thank you thank both of you for your fine arguments will come down in Greek Council we will move then to the next case directly
judges: James Andrew Wynn, A. Marvin Quattlebaum Jr., Toby J. Heytens